UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATION KING'S DREAM, KWAME M.
KILPATRICK, LOCALS 207 AND 312 OF THE
AMERICAN FEDERATION OF STATE COUNTY,
AND MUNICIPAL EMPLOYEES (AFSCME),
SAMANTHA CANTY, BELITA H. COWAN,
MARTHA CUNEO, LINDA DEE MCDONALD,
MICHELLE MCFARLIN, PEARLINE MCRAE,
and SARAH SMITH,

      Plaintiffs,

            File No. 06-12773

  v

            HON. ARTHUR J. TARNOW

WARD CONNERLY, JENNIFER GRATZ,
and the MICHIGAN CIVIL RIGHTS INITIATIVE,
and TERRI LYNN LAND, in her official capacity
as Secretary of State; KATHRYN DEGROW, LYNN
BANKES, and DOYLE O'CONNOR, in their
official capacities as members of the state Board
of Canvassers; and CHRISTOPHER THOMAS,
in his official capacity as State Director of Elections,

      Defendants.
_____

| | |
|---|---|
| George B. Washington (P26201) | Sharon M. McPhail (P26922) |
| Shanta Driver (P65007) | Atty for Kwame Kilpatrick |
| SCHEFF & WASHINGTON, PC | General Counsel |
| Attorney for Plaintiffs | Coleman A. Young Building |
| 645 Griswold-Suite 1817 | 11th Floor |
| Detroit, MI  48226 | Detroit, MI  48226 |
| 313-963-1921 | 313-628-4243 |
| | |
| Patrick J. O'Brien (P27306) | James K. Fett (P39461) |
| Heather S. Meingast (P55439) | Lawrence A. Fields (P66084) |
| Assistant Attorneys General | Joshua R. Fields (P68559) |
| Attys for Defendants Land, Thomas, | Attys. for Defts Connerly, |
|  DeGrow, Bankes & O'Connor |  Gratz, and MCRI |
| PO Box 30736 | FETT & FIELDS, P.C. |
| 525 West Ottawa | 805 E. Main Street |
| Lansing, Michigan  48909 | Pinckney, MI 48169 |
| 517-373-6434 | 734-954-0100 |

_____

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE A 28-PAGE BRIEF
IN SUPPORT OF THEIR MOTION FOR A PRELMINARY INJUNCTION**

Pursuant to Local Rule 7.1(c), the Court grants the plaintiffs' ex parte motion for an Order allowing them to file a brief of no more than 28 pages in support of their motion for a preliminary injunction.

And it is therefore ORDERED that plaintiffs may file a brief of no more than 28 pages in support of their motion for a preliminary injunction in the above case.

                              s/Arthur J. Tarnow  
                              Arthur J. Tarnow  
                              United States District Judge

Dated:  July 11, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2006, by electronic and/or ordinary mail.

                              s/Theresa E. Taylor  
                              Case Manager