**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| OPERATION KING'S DREAM, KWAME M. KILPATRICK, LOCALS 207 AND 312 OF THE AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES (AFSCME), SAMANTHA CANTY, BELITA H. COWAN, MARTHA CUNEO, LINDA DEE MCDONALD, MICHELLE MCFARLIN, PEARLINE MCRAE, and SARAH SMITH, | Case No. 06-12773 <br><br> Arthur J. Tarnow <br> District Judge |
| Plaintiffs. | |
| v. | |
| WARD CONNERLY, JENNIFER GRATZ, and the MICHIGAN CIVIL RIGHTS INITIATIVE, and TERRI LYNN LAND, in her official capacity as Secretary of State; KATHRYN DEGROW, LYNN BANKES, and DOYLE O'CONNOR, in their official capacities as members of the state Board of Canvassers; and CHRISTOPHER THOMAS, in his official capacity as State Director of Elections, | |
| Defendants. | |

**JUDGMENT**

In accordance with the Order entered on   August 29 , 2006,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED.

Dated at Detroit, Michigan, this    29th    day of August , 2006.

                                                   DAVID J. WEAVER
                                                   CLERK OF THE COURT

                                BY:          Theresa E. Taylor
                                                   Deputy Clerk

Approved:

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  August 29, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 29, 2006, by electronic and/or ordinary mail.

                                            s/Theresa E. Taylor  
                                            Case Manager