UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATION KING'S DREAM, KWAME M.
KILPATRICK, LOCALS 207 AND 312 OF THE
AMERICAN FEDERATION OF STATE COUNTY,
AND MUNICIPAL EMPLOYEES (AFSCME),
SAMANTHA CANTY, BELITA H. COWAN,
MARTHA CUNEO, LINDA DEE MCDONALD,
MICHELLE MCFARLIN, PEARLINE MCRAE,
and SARAH SMITH,

                Plaintiffs,

                                              File No. 06-12773

v

                                              HON. ARTHUR J. TARNOW

WARD CONNERLY, JENNIFER GRATZ,
and the MICHIGAN CIVIL RIGHTS INITIATIVE,
and TERRI LYNN LAND, in her official capacity
as Secretary of State; KATHRYN DEGROW, LYNN
BANKES, and DOYLE O'CONNOR, in their
official capacities as members of the state Board
of Canvassers; and CHRISTOPHER THOMAS,
in his official capacity as State Director of Elections,

                Defendants.

_____

| | |
|---|---|
| George B. Washington (P26201) | Sharon M. McPhail (P26922) |
| Shanta Driver (P65007) | Atty for Kwame Kilpatrick |
| SCHEFF & WASHINGTON, PC | General Counsel |
| Attorney for Plaintiffs | Coleman A. Young Building |
| 645 Griswold-Suite 1817 | 11th Floor |
| Detroit, MI  48226 | Detroit, MI  48226 |
| 313-963-1921 | 313-628-4243 |
| | |
| Patrick J. O'Brien (P27306) | James K. Fett (P39461) |
| Heather S. Meingast (P55439) | Lawrence A. Fields (P66084) |
| Assistant Attorneys General | Joshua R. Fields (P68559) |
| Attys for Defendants Land, Thomas, | Attys. for Defts Connerly, |
|   DeGrow, Bankes & O'Connor |   Gratz, and MCRI |
| PO Box 30736 | FETT & FIELDS, P.C. |
| 525 West Ottawa | 805 E. Main Street |
| Lansing, Michigan  48909 | Pinckney, MI 48169 |
| 517-373-6434 | 734-954-0100 |

_____

**PLAINTIFFS' NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Sixth Circuit the final judgment entered on the 29th day of August 2006.

                                      By Plaintiffs' Attorneys,
                                      SCHEFF & WASHINGTON, P.C.

BY: _____
        George B. Washington (P-26201)
        Shanta Driver (P-65007)
        645 Griswold—Ste 1817
        Detroit, Michigan 48226
        (313) 963-1921

Dated: August 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the Plaintiff's Notice of Appeal with the Clerk of the Court using the ECF system which will automatically send notification of filing to:

Patrick J. O'Brien (P27306)  
Heather S. Meingast (P55439)  
Assistant Attorneys General

James K. Fett (P39461)  
Lawrence A. Fields (P66084)  
Joshua R. Fields (P68559)  
FETT & FIELDS, P.C.

Michael E. Rosman  
Center for Individual Rights

George B. Washington (P-26201)  
SCHEFF & WASHINGTON, P.C.  
65 Cadillac Square—Ste 2900  
Detroit, Michigan 48226  
(313) 963-1921  
scheff@ameritech.net

Dated: August 31, 2006