FILED
AUG 2 8 2007
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 06-2144; 06-2258

OPERATION KING'S DREAM; KWAME M. KILPATRICK; AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, (AFSCME), AFL-CIO; SAMANTHA CANTY; BELITA H. COWAN; MARTHA CUNEO; LINDA DEE McDONALD; MICHELLE McFARLIN; PEARLINE McRAE; SARAH SMITH,

    Plaintiffs - Appellants/Cross-Appellees,

06-12773

v.

WARD CONNERLY; JENNIFER GRATZ; MICHIGAN CIVIL RIGHTS COMMISSION; TERRI LYNN LAND, in her official capacity as Secretary of State; KATHRYN DeGROW; LYNN BANKES; DOYLE O'CONNOR, in their official capacities as members of the state Board of Canvassers; CHRISTOPHER THOMAS, in his official capacity as State Director of Elections,

    Defendants - Appellees (06-2144),

TERRI LYNN LAND; KATHRYN DeGROW; LYNN BANKES; DOYLE O'CONNOR; CHRISTOPHER THOMAS,

    Defendants (06-2258),

WARD CONNERLY; JENNIFER GRATZ; MICHIGAN CIVIL RIGHTS COMMISSION,

    Defendants - Appellees/Cross-Appellants (06-2258).

Before: COLE and GILMAN, Circuit Judges; MARBLEY, District Judge.

FILED
AUG 3 0 2007
CLERK'S OFFICE
DETROIT

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the Plaintiffs' Notice of Appeal is DISMISSED as moot. Consequently, IT IS ORDERED that the Notice of Cross-Appeal by the defendants is DISMISSED as moot.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk