UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 06-2144

Filed: September 25, 2007

OPERATION KING'S DREAM; KWAME M. KILPATRICK; LOCALS 207 & 312 OF THE AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES,(AFSCME); SAMANTHA CANTY; BELITA H. COWAN; MARTHA CUNEO; LINDA DEE MCDONALD; MICHELLE MCFARLIN; PEARLINE MCRAE; SARAH SMITH

    Plaintiffs - Appellants

v.

WARD CONNERLY; JENNIFER GRATZ; MICHIGAN CIVIL RIGHTS COMMISSION; TERRI LYNN LAND, in her official capacity as Secretary of State; KATHRYN DEGROW; LYNN BANKES; DOYLE O'CONNOR, in their official capacities as members of the state Board of Canvassers; CHRISTOPHER THOMAS, in his official capacity as State Director of Elections

    Defendants - Appellees

FILED
SEP 27 2007
CLERK'S OFFICE
DETROIT

## MANDATE

Pursuant to the court's disposition that was filed 08/28/2007 the mandate for this case hereby issues today.

COSTS:

Filing Fee .........................$
Printing ..........................$

Total ....................$ 343.53

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 25, 2007



Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re:  No. 06-2144, *Operation Kings, et al v. Connerly, et al*
     Originating Case No. 06-12773

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013
Fax No. 513-564-7096
CA06-Team1@ca6.uscourts.gov

cc: Ms. Heather S. Meingast
    Mr. Michael E. Rosman
    Honorable Arthur J. Tarnow
    Mr. George B. Washington

Enclosure